LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #084247

ATTORNEYS FOR: Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT TAGGART,<br>　　　　Defendant, | Case No. 2:11-cr-00140-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING FROM January 12, 2012 AT 9:00 AM TO February 2, 2012 AT 9:00 AM.<br><br>EXCLUSION OF TIME |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Laurel White, and defendant ROBERT TAGGART, by his attorney, Linda M. Parisi, hereby stipulate and agree that the status conference calendared for January 12, 2012 at 9:00 a.m. before the Honorable United States District Court Judge, Morrison C. England, may be continued to February 2, 2012, at 9:00 a.m., for a further Status Hearing.

///

///

///

1

The defendant and his attorney continue to review and investigate the discovery provided previously and to review and incorporate documents that have been found through their investigations. Those documents are extensive and necessitate the extension requested.

The defendant and his attorney continue to meet and confer with the Assistant United States Attorney in an effort to resolve the case.

Based upon this discovery, the parties stipulate and agree that time under the Speedy Trial Act shall continue to be excluded to February 2, 2012 at 9:00 a.m. pursuant to Title 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4 – for time for the defense counsel to prepare. It is further agreed and stipulated that the ends of justice served in granting this request outweigh the best interests of the public and the defendants in a speedy trial.

The date has been confirmed with the Court's courtroom deputy, Ms. Stephanie Deutsch.

Dated: December 21, 2011

                                        Respectfully Submitted

                                        /s/ Linda M. Parisi by e-mail authorization
                                        _____
                                        Linda M. Parisi
                                        Attorney for Robert Taggart

/s/ Laurel White by e-mail authorization
_____
Laurel White
Assistant U.S. Attorney
Laurel.White@usdoj.gov

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for January 12, 2012 at 9:00 a.m., is vacated and the matter set for a status conference on, February 2, 2012 at 9:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on January 19, 2012. Based upon this finding and the representations of the parties, the Court excludes time from January 12, 2012 at 9:00 a.m., pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance on February 2, 2012 at 9:00 a.m. or by further order of this Court.

Dated: January 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE