LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #084247

ATTORNEYS FOR: Defendant TAGGART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ROBERT TAGGART,<br>Defendant, | Case No. S-11-140 MCE<br><br>STIPULATION AND ORDER TO AMEND PRETRIAL RELEASE CONDITIONS |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Laurel White, and defendant ROBERT TAGGART, by his attorney, Linda M. Parisi, hereby stipulate and agree to the following amendments to the previously filed Pretrial Conditions of Release:

The Defendant will be allowed to to work at his father's OB-GYN Medical Office as a medical biller. Mr. Taggart's father is Dr. Richard Taggart, office at 6444 Coyle Ave, Suite 1, Carmichael, CA 5608 – 916 – 966-4446. Mr. Taggart's mother, Dandra Taggart, is also employed at this office. Mr. Robert Taggart will be trained by

/ / /

1

his mother and will only be allowed to work in the office when either his father or his mother are present at the office. The Defendant will be allowed to conduct his employment duties of the medical billing using a computer in the office that does not have internet access.

Furthermore, the office does have two other computers with internet access and Mr. Taggart will not have access to them and they will be password protected. Furthermore, Mr. Taggart will have no direct contact with patients. It should be noted that the medical office has a "No Children" Policy in the office.

The aforementioned change is the only acceptable amendment to the Pretrial Conditions of Release.

This information has been reviewed and accepted by the Pretrial Services Officer Beth Baker.

This information has been reviewed and accepted by US Attorney Laurel White.

Dated: December 28, 2011

                                                          Respectfully Submitted

/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for Robert Taggart


/s/ Laurel White by e-mail authorization
_____
Laurel White
Assistant U.S. Attorney
Laurel.White@usdoj.gov

///

**ORDER**

This matter having come before the court pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Pretrial Conditions of Release will be amended to allow Mr. Taggart to work in his father's medical office, using a computer without internet access and will have no contact with patients. Further, the medical office has two other computers that have internet access; however, Mr. Taggart will not use those computers and they will be password protected.

IT IS FURTHER ORDERED THAT, Mr. Taggart will not have any direct contact with patients and/or children in the workplace.

Dated: January 10, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

/ / /

3