1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Executive Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    2:11-CR-00140-MCE
                                  )
12           Plaintiff,           )    PRELIMINARY ORDER OF
                                  )    FORFEITURE
13      v.                        )
                                  )
14 ROBERT TAGGART,                )
                                  )
15           Defendant.           )
   _____)

16

17

18      Based upon the plea agreement entered into between plaintiff

19 United States of America and defendant Robert Taggart it is

20 hereby ORDERED, ADJUDGED AND DECREED as follows:

21      1.  Pursuant to 18 U.S.C. § 2253, defendant Robert Taggart's

22 interest in the following property shall be condemned and

23 forfeited to the United States of America, to be disposed of

24 according to law:

25           (a)  Lenova brand laptop computer, model IdeaPad Y560.

26      2.  The above-listed property was used or intended to be

27 used to commit or to promote the commission of a violation of 18

28 U.S.C. § 2252(a)(2).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///
///
///
///
///

Preliminary Order of Forfeiture

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated: February 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture